UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-60644-CIV-MORENO**

LESLIE MONICA SANCHEZ-FARGE and KEITH HATCHETT,

    Petitioners,

vs.

MICHAEL B. MUKASEY, as Attorney General of the United States; MICHAEL CHERTOFF, as Secretary of the United States Department of Homeland Security; JONATHON SCHARFEN, as Director of United States Citizenship and Immigration Services; MICHAEL D. ROZOS, Field Office Director, Miami, & Officer in Charge, Broward Transition Center, U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security,

    Respondents.
_____/



## FINAL ORDER OF DISMISSAL AND ORDER CLOSING CASE

THIS MATTER is before the Court upon a *sua sponte* review of the record. It is

**ADJUDGED** that this action is **DISMISSED** pursuant to this Court's Order Denying Motion for Reconsideration (D.E. No. 15), filed on May 13, 2008. In that Order, the Court granted Respondents' Motion to Dismiss Petitioner's Mandamus Claim. Therefore, it is

**ORDERED** that this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of June, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

-2-

Copies provided to:

Counsel of Record